IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sims, LaVerne | Case Number: 08 B 12814 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/11/08 | Filed: 5/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 0.00 |
| 2. | Honor Finance | Secured | 4,186.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 48.51 | 0.00 |
| 4. | Peoples Energy Credit Union | Unsecured | 121.35 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 108.66 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 517.83 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 19.97 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 21.85 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 49.43 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 70.42 | 0.00 |
| 11. | Honor Finance | Unsecured | 69.80 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 108.00 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 69.60 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 88.76 | 0.00 |
| 16. | Thomas Motors Of Joliet | Unsecured | 172.63 | 0.00 |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | CPI/Joliet | Unsecured | | No Claim Filed |
| 19. | I C Systems Inc | Unsecured | | No Claim Filed |
| 20. | KCA Financial Services | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | $ 9,176.81 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sims, LaVerne | Case Number:  08 B 12814 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  5/20/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

